# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 8:19-cr-344-CEH-SPF

SAMANTHA BROADHEAD

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing of the United States Magistrate Judge (Doc. 275), entered April 11, 2023, a Final Revocation Hearing was previously scheduled for May 19, 2023 at 1:30 PM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 11th day of May 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services